**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**



------------------------------------- x

APOLLO GLOBAL MANAGEMENT, INC. et al.,

                          Plaintiffs,

-against-

STEPHEN CERNICH et al.,

                          Defendants.

------------------------------------- x

ORDER

20 Civ. 864 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 7, 2020 conference is adjourned to June 9, 2020 at 9:30 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

GEORGE B. DANIELS
United States District Judge