UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
APOLLO GLOBAL MANAGEMENT, INC.,
APOLLO MANAGEMENT, L.P.,
APOLLO ADVISORS VIII, L.P., and
APOLLO ADVISORS IX, L.P.,

Case No. 1:20-cv-00864-GBD

Plaintiffs,

- against -

[~~PROPOSED~~] ORDER

STEPHEN CERNICH, and
HUAN TSENG,

Defendants.
-----------------------------------------------------------X

WHEREAS, Plaintiffs commenced the above-captioned action on January 31, 2020 through the filing of a Complaint (Dkt. No. 1);

WHEREAS, on June 8, 2020, this Court ordered that the briefing schedule for Defendants' motion to dismiss be adjourned as follows: (1) Plaintiffs' responding papers adjourned from June 5, 2020 to June 12, 2020 and (2) Defendants' reply papers (or time to file a motion to dismiss or otherwise respond to an amended complaint filed upon consent) adjourned from July 15, 2020 to July 23, 2020;

WHEREAS, Plaintiffs have requested a further adjournment in order to confer with Defendants with respect to certain issues raised in Defendants' motion to dismiss;

NOW, THEREFORE, IT IS HEREBY ORDERED:

Plaintiffs' deadline to file and serve a response to Defendants' motion to dismiss the Complaint is adjourned to **June 17, 2020**, and Defendants' time to serve reply papers (or to file a motion to dismiss or otherwise respond to any amended complaint filed upon consent) is adjourned to **July 27, 2020**.

IT IS SO ORDERED by the Court, this 11th day of June, 2020.

JUN 11 2020

_George B. Daniels_
Hon. George B. Daniels
United States District Judge

2