**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X
APOLLO GLOBAL MANAGEMENT, INC.,
APOLLO MANAGEMENT, L.P.,
APOLLO ADVISORS VIII, L.P., and
APOLLO ADVISORS IX, L.P.,                                          Case No. 1:20-cv-00864-GBD

                         Plaintiffs,

    - against -

STEPHEN CERNICH, and
HUAN TSENG,

                         Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 18 2020

## STIPULATION OF
## <u>DISMISSAL WITHOUT PREJUDICE</u>

WHEREAS, Plaintiffs Apollo Global Management, Inc., Apollo Management, L.P.,

Apollo Advisors VIII, L.P., and Apollo Advisors IX, L.P. (collectively, "Plaintiffs") commenced

the above-captioned action on January 31, 2020 through the filing of a Complaint (Dkt. No. 1);

WHEREAS, on April 17, 2020, Defendants Stephen Cernich and Huan Tseng

(collectively, "Defendants") filed a Motion to Dismiss the Complaint asserting, in part, that this

Court did not have subject matter jurisdiction on account of a lack of diversity among the parties;

WHEREAS, the time for Plaintiffs to respond to Defendants' motion is still pending;

**NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED BY**

**PLAINTIFFS AND DEFENDANTS THAT**:

1.  This action shall be dismissed pursuant to this Court's Order entering this Stipulation on

the basis of lack of complete diversity jurisdiction, without prejudice to Plaintiffs' right to

commence a new action in state court pursuant to the authority of Section 205 of the CPLR.

Apollo agrees not to re-file its claims or any other claim arising out of the same transactions and events against Defendants in federal court.

2.  The dismissal of the above-captioned action is without prejudice to any rights, claims, or defenses that Plaintiffs or Defendants may have (and for avoidance of doubt, Defendants' defense of lack of personal jurisdiction is expressly preserved).

3.  Both parties shall bear their own costs, but Defendants do so without prejudice to their ability to seek or recover any of the costs incurred in connection with the above-captioned action from any third-party.

Dated:  June 17, 2020

MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.

By:  s/ Scott A. Rader
　　　Robert I. Bodian, Esq.
　　　Scott A. Rader, Esq.
　　　John P. Sefick, Esq.
　　　Amanda A. Asaro, Esq.
　　　Chrysler Center
　　　666 Third Avenue
　　　New York, New York  10017
　　　Tel: (212) 935-3000
　　　*Attorneys for Plaintiffs*

ARKIN SOLBAKKEN LLP

By:　　s/ Lisa C. Solbakken
　　　Lisa C. Solbakken, Esq.
　　　Thomas G. O'Brien, Esq.
　　　900 Third Avenue, 18th Floor
　　　New York, NY 10022
　　　Tel: (212) 333-0200

　　　O'BRIEN LLP
　　　Sean R. O'Brien, Esq.
　　　Sara A. Welch, Esq.
　　　900 Third Avenue, 18th Floor
　　　New York, New York  10022
　　　Tel: (212) 729-9243
　　　*Attorneys for Defendants*

IT IS SO ORDERED by this Court, this 18 day of June, 2020.

JUN 1 8 2020    _George B. Daniel_
　　　　　Hon. George B. Daniels

2